UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL DUPONT,

        Petitioner,

   v.

V. SINGH, warden,

        Respondent.

                                      /

No. C 13-1281 (pr)

**ORDER OF TRANSFER**

Petitioner, who was convicted in San Francisco County Superior Court and now is incarcerated at the California Medical Facility in Vacaville, has filed a petition for writ of habeas corpus in which he challenge the Board of Parole Hearings' decision finding him unsuitable for parole. The petition challenges the execution of his sentence. The prison at which petitioner is incarcerated is in Solano County, within the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence. *See* Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). Because petitioner is now confined in the Eastern District of California and challenging the execution of his sentence, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED: March 28, 2013

                                                        SUSAN ILLSTON
United States District Judge