IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL DuPONT,

    Petitioner,               No. 2:13-cv-00606 MCE DAD P

    vs.

V. SINGH,

    Respondent.          <u>ORDER</u>

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 13, 2013, the court filed findings and recommendations recommending that this action be dismissed due to petitioner's failure to submit the appropriate filing fee or an application to proceed in forma pauperis. On May 23, 2013, petitioner filed objections to those findings and recommendations, asserting that he had requested that the trust office forward the filing fee to the court. Petitioner also asks for thirty days to determine the status of his request to the trust office . The court will provide petitioner with a final opportunity to submit the filing fee or the in forma pauperis application.

        Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of this order, petitioner shall either submit the $5.00 filing fee or an application to proceed in forma

/////

1

1  pauperis.  Should petitioner fail to comply with this order, the pending findings and
2  recommendations will be submitted to the District Judge.
3  DATED: May 29, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
dup0606.eot